JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE CHORA,<br><br>               Plaintiff,<br><br>     v.<br><br>FRANK J. BISIGNANO, Commissioner of Social Security,<br><br>               Defendant. | Case No. CV 26-1978-MWF(DMK)<br><br>JUDGMENT PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The Court has considered and granted the parties' Stipulation Re Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (the "Stipulation" (Docket No. 15)), and an Order granting that Stipulation is filed concurrently with this Judgment.

The Court ADJUDGES AND DECREES that this case be remanded to the Social Security Administration for further proceedings, consistent with the parties' Stipulation, and that Judgment be entered in favor of Plaintiff.

Dated: June 18, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-