**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Vicente Chora,

Plaintiff,

v.

Frank J. Bisignano,
COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-cv-01978-MWF-DMK

**~~[PROPOSED]~~ ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($7,800.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: 9/17/2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE